United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § § | |

**GOVERNMENT PROPERTIES TRUST, INC.'s LIST OF ALL
ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

GOVERNMENT PROPERTIES TRUST, INC., Plaintiff (hereinafter referred to as *"Government Properties"*) makes and files this its List of All Entities Financially Interested in This Litigation and in support of same respectfully shows the Court as follows:

### List of Interested Parties

1. Plaintiff Government Properties Trust, Inc.
   By and Through Its Attorney of Record
   Mr. Chris Boswell
   P.O. Box 2644
   Harlingen, Texas 78551

2. Defendant U.S.B.P., L.L.C.
   By and Through Its Attorney of Record
   Mr. Charlie Cilfone
   600 Navarro Street, Suite 500
   San Antonio, Texas 78205-1860

3. Defendant U.S. INS II, L.L.C.
   By and Through Its Attorney of Record
   Mr. Charlie Cilfone
   600 Navarro Street, Suite 500
   San Antonio, Texas 78205-1860

4. Mr. Humberto Zamora
   Principal of Defendants
   By and Through His Attorney of Record
   Mr. Charlie Cilfone
   600 Navarro Street, Suite 500
   San Antonio, Texas 78205-1860

### Attorneys of Record

1. Mr. Chris Boswell
   Stapleton, Curtis & Boswell, L.L.P.
   P.O. Box 2644
   Harlingen, Texas 78551
   Attorneys for Plaintiff

2. Mr. Charlie Cilfone
   Shelton & Valadez
   600 Navarro Street, Suite 500
   San Antonio, Texas 78205-1860

Respectfully submitted this __27th__ day of August, 2004.

OF COUNSEL:

STAPLETON, CURTIS &
   BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 East Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:      (956) 428-9191
Telecopier:     (956) 428-9283

Attorney for Government Properties Trust, Inc.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the __27th__ day of August, 2004, a true and correct copy of the above and foregoing List of All Entities Financially Interested was forwarded to counsel for Defendants herein, Mr. Charlie Cilfone, 600 Navarro Street, Suite 500, San Antonio, Texas 78205-1860, via Certified Mail, Return Receipt Requested #7002 3150 0000 0513 7451 and via facsimile (210) 349-3666.

_____
Chris Boswell