UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

MOTION FOR LEAVE TO FILE REPLY TO COUNTERCLAIM
(UNOPPOSED)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

GOVERNMENT PROPERTIES TRUST, INC. files this its Motion For Leave to File Reply to Counterclaim by Defendants/Counter-Plaintiffs U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY's and in support thereof would respectfully show as follows:

1.

This Motion is unopposed.

2.

Counter-Plaintiffs served their Counterclaim on August 18, 2004. A Reply to the Counterclaim was due to be filed no later than September 7, 2004 pursuant to Rule 12 (a) (1) (B). Due to the unexpected leave of absence for surgery of the undersigned Counsel's

assistant, the Reply was not properly docketed. Counter-Defendant respectfully requests leave of Court to file the attached Reply.

WHEREFORE, premises considered, Counter-Defendant respectfully requests leave of Court to file the attached Reply late.

*[signature]*

OF COUNSEL:

STAPLETON, CURTIS
    & BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
Attorneys for Plaintiff Government Properties Trust, Inc.

## CERTIFICATE OF CONFERENCE

This will certify that I have on the 15th day of September conferred with Mr. Charlie Cilfone regarding this Motion and he has state to me that he has no opposition to it.

*[signature]*
Chris Boswell

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished this 15th day of September 2004 by facsimile and certified mail return receipt requested to:

Mr. Charlie J. Cilfone
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile (210) 349-3666

_____
Chris Boswell