UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. § § § | |
| vs. § § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY § § § § § | |

REPLY TO COUNTER-CLAIM

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

GOVERNMENT PROPERTIES TRUST, INC. files this its Reply to Defendants/Counter-Plaintiffs U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY's Counter-Claim and in support thereof would respectfully show as follows:

1.

Counter-Defendant admits Paragraph 1 of the Counter-claim as to Jurisdiction but denies that part of the paragraph which states that Counter-Plaintiffs are entitled to relief because Counter-Defendants are in breach of a Purchase and Sale Agreement between the Parties.

2.

Counter-Defendant denies the facts alleged in Paragraph 2.a. As for Paragraph 2.b., Counter-Defendant admits that the Contracts upon which Plaintiff/Counter-Defendant sues called for the deposit of earnest money in the aggregate of $200,000 and that each Contract provided for a 45 day due diligence period during which Plaintiff could terminate the Contracts in its sole and absolute discretion for any reason or no reason. Plaintiff/Counter-Defendant denies that it did not timely terminate the contracts. Counter-Defendant admits Paragraph 2.c. and denies Paragraph 2.d.

3.

Counter-Defendants deny that Counter-Plaintiffs are possess the causes of action alleged in Paragraph 4 and further deny that they are entitled to the relief sought in the Prayer.

OF COUNSEL:

STAPLETON, CURTIS
　& BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
Attorneys for Plaintiff Government Properties Trust, Inc.

K:\CB\governmentproperties\pleadings\reply.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished this 15th day of September 2004 by facsimile and certified mail return receipt requested to:

Mr. Charlie J. Cilfone
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile (210) 349-3666

_____
Chris Boswell

K \CB\governmentproperties\pleadings\reply.wpd