United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. § § § | |
| vs. § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED § LIABILITY COMPANY and U.S. § INS II, L.L.C., a TEXAS LIMITED § LIABILITY COMPANY § | |

## CERTIFICATE OF SERVICE OF DISCOVERY ANSWERS

I hereby certify that I have this day delivered to Defendant/Counter-Plaintiff's attorney of record, Charlie J. Cilfone, SHELTON & VALADEZ, P.C., GOVERNMENT PROPERTIES TRUST, INC.'S ANSWERS TO FIRST SET OF INTERROGATORIES and GOVERNMENT PROPERTIES TRUST, INC.'S RESPONSES TO FIRST SET OF REQUEST FOR PRODUCTION, via facsimile transmission and Federal Express Delivery.

Respectfully submitted,

STAPLETON, CURTIS & BOSWELL, L.L.P.
515 East Harrison, Suite A (78550)
Post Office Box 2644
Harlingen, Texas 78551-2644
Telephone: (956) 428-9191
Telecopier: (956) 428-9283

By: _____
Chris Boswell
State Bar No. 02683300
Federal Id. No. 1256

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2004, I served an accurate copy of the above and foregoing Certificate of Service of Discovery Answers, via facsimile transmission and Federal Express Delivery upon the following:

>Mr. Charlie J. Cilfone
>SHELTON & VALADEZ, P.C.
>600 Navarro, Suite 500
>San Antonio, TX 78205-1860

_____
Chris Boswell