UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahmad

| | |
|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. § § § | |
| vs. § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY § § § § § | |

## ORDER

On this the 30th day of September, 2004 the MOTION FOR LEAVE TO FILE REPLY TO COUNTERCLAIM (Unopposed) of GOVERNMENT PROPERTIES TRUST, INC. was filed. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED ADJUDGE AND DECREED THAT GOVERNMENT PROPERTIES TRUST, INC.'s MOTION FOR LEAVE TO FILE REPLY TO COUNTERCLAIM is hereby GRANTED.

Signed and entered this 30th day of September 2004.

_____
United States District Judge

K:\CB\governmentproperties\pleadings\order leave.wpd