UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Government Properties Trust, Inc. | § § § | |
| vs. | § § § | CIVIL ACTION NO. B-04-136 |
| U.S.B.P., L.L.C., a Texas Limited Liability Company and U.S. INS II, L.L.C., a Texas Limited Liability Company | § § § § | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE

Please restate the instruction before furnishing the information.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.   **October 21, 2004, 1:30 P.M. Chris Boswell attorney for Plaintiff  and  Charlie Cilfone, attorney for Defendants.**

2. List the cases related to this one that are pending in any state or federal court with the case number and court.  **None.**

3. Specify the allegation of federal jurisdiction.   **Diversity under 28 U.S.C. Section 1332.**

4. Name the parties who disagree and the reasons.  **None.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.   **None.**

6. List anticipated interventions.  **None.**

7. Describe class-action issues. **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures. **These disclosures have been made or will be made on or before November 5, 2004.**

9. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f). **Both parties will respond by November 5, 2004.**

    B. When and to whom the plaintiff anticipates it may send interrogatories. **Interrogatories and Request for Production were served on Defendant on September 29, 2004. No further Interrogatories are anticipated.**

    C. When and to whom the defendant anticipates it may send interrogatories. **Defendants served Interrogatories and Requests for Production on Plaintiff on August 18, 2004 to which Responses were made on September 23, 2004.**

    D. Of whom and by when the plaintiff anticipates taking oral depositions. **By December 15, 2004, Humberto Zamora or with agreement by the parties by extension.**

    E. Of whom and by when the defendant anticipates taking oral depositions. **Thomas Peschio, Oscar Peterson, Tom Bradshaw, by December 15, 2004 or with agreement by the parties by extension.**

    F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports. **No experts are anticipated or needed at this time.**

    G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report). **None.**

    H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report). **None.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party. **There is no disagreement.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date. **The written discovery served by both sides is intended to compliment and supplement the initial disclosures.**

12. State the date the planned discovery can reasonably be completed. **January 31, 2005.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting. **Plaintiff intends to file a Motion for Summary Judgment. The attorneys also intend to meet to review documents prior to the Pre-Trial Conference.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution. **The attorneys have candidly discussed the positions of each side. However, there remains a disagreement as to how the facts are to be applied to the law.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case. **The parties would prefer to submit this case on a Motion for Summary Judgment prior to mediation. If Motions for Summary Judgment are denied, then mediation would be effective to attempt a resolution of this case.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge. **Plaintiff request the District Court to hear this case. Defendant has no position.**

17. State whether a jury demand has been made and if it was made on time. **No.**

18. Specify the number of hours it will take to present the evidence in this case. **8 hours.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference. **Unopposed Motion to Deposit Funds held by Southern Texas Title Company into the Registry of the Court for payment to the party entitled to same upon final disposition of this case.**

20. List other motions pending. **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference. **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Date: _10-26-04_

__/s/ C.H. Boswell__

Counsel for Plaintiff

Chris Boswell
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551
Telephone: (956) 428-9191
Telecopier: (956) 428-9283
State Bar No. 02683300
Admissions Id. No. 1256




Date: _____

_____

Counsel for Defendants

Charlie Cilfone
Shelton & Valadez, P.C.
600 Navarro Street, Suite 500
San Antonio, Texas 78205-1860
Telephone: (210) 349-0515
Telecopier: (210) 349-3666
State Bar No. 04251200
Admissions Id. No. 11416

Date: _____

Counsel for Plaintiff

```
Chris Boswell
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551
Telephone:  (956) 428-9191
Telecopier: (956) 428-9283
State Bar No. 02683300
Admissions Id. No. 1256
```

Date: 10/26/04

Counsel for Defendants

```
Charlie Cliftone
Shelton & Valadez, P.C.
600 Navarro Street, Suite 500
San Antonio, Texas 78205-1860
Telephone:  (210) 349-0515
Telecopier: (210) 349-3666
State Bar No. 04251200
Admissions Id. No. 11416
```