UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § § | |

**JOINT MOTION TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

GOVERNMENT PROPERTIES TRUST, INC. and U.S.B.P., L.L.C. and U.S. INS I & II, files this their Joint Motion to Deposit Funds Into the Registry of the Court and in support thereof would respectfully show the Court as follows:

1.    This controversy involves competing claims to a total of Two Hundred Thousand and No/100 Dollars ($200,000) deposited as earnest money pursuant to two separate real estate contracts. The earnest money was deposited with Southern Texas Title Company pursuant to an Escrow Agreement.

2.    Neither Plaintiff nor Defendants desire that Southern Texas Title Company be made a party to this suit or that they incur any additional expenses which might be involved in an interpleader. Therefore, it is the preference of the parties to send a joint letter to Southern Texas Title Company directing them to issue a check made payable to the Clerk of the United States

District Court, Southern District of Texas, in the amount of Two Hundred Thousand and No/100 Dollars ($200,000) and that that check be deposited with the Clerk of the Court until the disposition of this case and subsequent Order of the Court directing the funds be paid to the appropriate party.

3.   The parties request that this Court enter an Order permitting the deposit of the funds with the Clerk of the United States District Court for the Southern District of Texas and ordering the Clerk to hold those funds until further order of this Court.

WHEREFORE, PREMISES CONSIDERED, GOVERNMENT PROPERTIES TRUST, INC. and U.S.B.P., L.L.C. and U.S. INS I & II, jointly pray that this Court enter an Order permitting the deposit of Two Hundred Thousand and No/100 Dollars ($200,000) from Southern Texas Title with the Clerk of the United States District Court for the Southern District of Texas and ordering the Clerk to hold said funds and until further order of this Court.

Respectfully submitted this 26th day of October, 2004.

_____
Chris Boswell

OF COUNSEL:

STAPLETON, CURTIS
   & BOSWELL, L.L.P.

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas  78551
Telephone:   (956) 428-9191
Telecopier:   (956) 428-9283
Attorneys for Plaintiff

**AND**

SHELTON & VALADEZ, P.C.

*[signature]*

Charlie J. Cifone
Attorney in Charge
State Bar No. 04251200
Admissions Id. No. 11416
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Telephone:   (210) 349-0515
Telecopier:   (210) 349-3666
Attorneys for Defendants