UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. § § § | |
| vs. § § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY § § § § | |

ORDER GRANTING JOINT
MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

On this the _____ day of _____, 2004 the JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT of GOVERNMENT PROPERTIES TRUST, INC., U.S.B.P., L.L.C. and U.S. INS I & II was filed. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT GOVERNMENT PROPERTIES TRUST, INC., U.S.B.P., L.L.C. and U.S. INS I & II JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT is hereby GRANTED and that the Clerk of the United States District Court for the Southern District of Texas is directed to receive Two Hundred Thousand and No/100 Dollars ($200,000) plus accumulated interest, if any, from Southern Texas Title in connection with this cause and to deposit and hold it in the Registry of the Court until further order.

Signed and entered this ____ day of October, 2004.

                                                                                                                                                                                                                                        United States District Judge

**AGREED:** _/s/ H. Boswell_

| | |
|---|---|
| Chris Boswell | Charlie Cilfone |
| State Bar No. 02683300 | State Bar No. 04251200 |
| Admissions Id. No. 1256 | Admissions Id. No. 11416 |
| Stapleton, Curtis & Boswell, L.L.P. | Shelton & Valadez, P.C. |
| P.O. Box 2644 | 600 Navarro, Suite 500 |
| Harlingen, Texas 78551 | San Antonio, Texas 78205-1860 |

Signed and entered this ____ day of October, 2004.

_____
United States District Judge

**AGREED:**

_____        _____
Chris Boswell                                                  Charlie Cilfone
State Bar No. 02683300                                 State Bar No. 04251200
Admissions Id. No. 1256                               Admissions Id. No. 11416
Stapleton, Curtis & Boswell, L.L.P.              Shelton & Valadez, P.C.
P.O. Box 2644                                                600 Navarro, Suite 500
Harlingen, Texas 78551                               San Antonio, Texas 78205-1860