# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Government Properties Trust Inc. § § | |
| VS. § | CIVIL ACTION NO. B-04-136 |
| § § | |
| U.S.B.P., L.L.C., et al § | |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below before the Honorable Andrew S. Hanen:

TYPE OF PROCEEDING:  **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| **November 12, 2004 @ 10:30 a.m.** | **November 22, 2004 @ 9:30 a.m.** |

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE:  November 8, 2004

TO:  ALL COUNSEL OF RECORD