United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2004

Michael N. Milby, Clerk Of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

ORDER GRANTING JOINT
MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

On this the ___ day of _____, 2004 the JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT of GOVERNMENT PROPERTIES TRUST, INC., U.S.B.P., L.L.C. and U.S. INS I & II was filed. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT GOVERNMENT PROPERTIES TRUST, INC., U.S.B.P., L.L.C. and U.S. INS I & II JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT is hereby GRANTED and that the Clerk of the United States District Court for the Southern District of Texas is directed to receive Two Hundred Thousand and No/100 Dollars ($200,000) plus accumulated interest, if any, from Southern Texas Title in connection with this cause and to deposit and hold it in the Registry of the Court until further order.

Signed and entered this 19th day of November, 2004.

_____
United States District Judge

AGREED:

_____
Chris Boswell
State Bar No. 02683300
Admissions Id. No. 1256
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551

_____
Charlie Cilfone
State Bar No. 04251200
Admissions Id. No. 11416
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860

Signed and entered this ____ day of October, 2004.

_____
United States District Judge

**AGREED:**

_____
Chris Boswell
State Bar No. 02683300
Admissions Id. No. 1256
Stapleton, Curtis & Boswell, L.L.P.
P.O. Box 2644
Harlingen, Texas 78551

_____
Charlie Cilfone
State Bar No. 04251200
Admissions Id. No. 11416
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860