IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 22 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GOVERNMENT PROPERTIES, TRUST, INC. § § | |
| VS. § § § | CIVIL ACTION NO. B-04-136 |
| U.S.B.P., L.L.C., ET AL | |

## Scheduling Order

1. Trial: Estimated time to try: **2** days.          ■ Bench   ☐ Jury

2. New parties must be joined by:                     _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   **N/A**

4. The defendant's experts must be named with a report furnished by:   **N/A**

5. Discovery must be completed by:                    April 1, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:              March 4, 2005

   Non-Dispositive Motions will be filed by:          May 6, 2005

************************* The Court will provide these dates. *************************

7. Joint pretrial order is due:                       May 6, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on: June 7, 2005

The case will remain on standby until tried.

Signed this the **22nd** day of **November**, 2004.

_____
Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD