United States District Court
Southern District of Texas
FILED

JAN 0 4 2005

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE
## AND NOTICE OF SETTLEMENT

**GOVERNMENT PROPERTIES TRUST, INC.,** Plaintiff in the above entitled and numbered cause (hereinafter referred to as "**GPT**"), and **U.S.B.P., L.L.C., a Texas Limited Liability Company** (hereinafter sometimes referred to as "**BP**"), Defendant, and **U.S. INS II, L.L.C., a Texas Limited Liability Company,** (hereinafter sometimes referred to as "**INS**"), Defendant (and collectively referred to as **INS/BP**), parties to this lawsuit, and in support of their Motion To Dismiss with Prejudice, would show the Court as follows:

### I.

Plaintiff and Defendants have compromised and settled the claims set up by Plaintiff in the above styled and numbered lawsuit and wish that the lawsuit be dismissed. A copy of the Compromise Settlement Agreement and Mutual Release is attached hereto as *Exhibit "A".*

WHEREFORE, Plaintiff and Defendants pray that this Court enter its order dismissing this lawsuit with prejudice.

**OF COUNSEL:**

**STAPLETON, CURTIS**
    **& BOSWELL, L.L.P.**

_____

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas  78551
Telephone:   (956) 428-9191
Telecopier:  (956) 428-9283

**Attorneys for Plaintiff**

**AND**

**SHELTON & VALADEZ, P.C.**

_____

Charlie J. Cilfone
Attorney in Charge
State Bar No. 04251200
Admissions Id. No. 11416
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Telephone:   (210) 349-0515
Telecopier:  (210) 349-3666

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

---

## COMPROMISE SETTLEMENT AGREEMENT AND MUTUAL RELEASE

---

STATE OF TEXAS      §
                       §
COUNTY OF *CAMERON*   §

This Agreement is made by and between **GOVERNMENT PROPERTIES TRUST, INC.,** Plaintiff in the above entitled and numbered cause (hereinafter referred to as **"GPT"**), and **U.S.B.P., L.L.C., a Texas Limited Liability Company** (hereinafter sometimes referred to as "**BP**"), Defendant, and **U.S. INS II, L.L.C., a Texas Limited Liability Company,** (hereinafter sometimes referred to as "**INS**"), Defendant (and collectively referred to as **INS/BP**).

## R E C I T A L S:

**WHEREAS, GPT** brought the above styled and numbered cause of action against

---

### *EXHIBIT "A"*

INS and BP, alleging breach of two Purchase and Sale Agreements for real estate as set forth in the Original Complaint; and

**WHEREAS, INS** and **BP** counterclaimed also alleging a breach of contracts; and

**WHEREAS,** the parties hereto may have additional causes of action which they could assert against one another, arising out of the events described; and

**WHEREAS,** bona fide disputes and controversies continue to exist between the parties both as to liability and the amount thereof, if any; and, by reason of such disputes and controversies the parties desire to compromise and settle all claims, causes of action of any kind whatsoever, which they may have, now or in the future arising out of real estate contracts and negotiations regarding same between **GPT and INS/BP** and including, all matters alleged in the pleadings by the various parties and intend that the full terms and conditions of this COMPROMISE SETTLEMENT AGREEMENT be set forth herein;

NOW, THEREFORE, in consideration of the mutual promises and agreements herein contained, including the RECITALS set forth hereinabove, the parties agree as follows:

**1.**

1.01    **GPT and INS/BP** agree to direct Southern Texas Title to distribute funds held in escrow related to G.F. #2003 73863 and G.F. #2003 77208 for the proposed sale of the INS and Border Patrol Buildings as follows: Fifteen Thousand and No/100 Dollars ($15,000.00) to **INS** and **BP** and ~~Charlie Cilfone~~ *Shelton Abalade£ P.C.* jointly; the balance of all funds equal to

---

Compromise Settlement Agreement/3392.000                                          Page 2

One Hundred Eighty-Five Thousand and No/100 Dollars ($185,000.00) plus accrued interest to **GPT**. The Parties' attorneys shall execute the letter of instruction to Southern Texas Title in the form attached hereto as ***Exhibit "A"***.

1.02.    **GPT and INS/BP** agree to mutually release each other from any and all claims arising from the subject matter of this lawsuit, including claims to be dismissed with prejudice.

1.03.    **GPT and INS/BP** further agree to execute any and all further documents necessary to effectuate this Agreement.

1.04.    The parties shall execute and file on or before December 31, 2004 an Agreed Motion and Order dismissing all claims in the above styled and numbered case with prejudice in the form attached hereto as ***Exhibit "B" and "C"***.   Each party shall bear its own costs.

1.05.    For purposes of this agreement **GPT** includes any affiliates, parent corporations or subsidiaries and  their officers, directors, employees, shareholders, attorneys, successors, predecessors  and assigns.

1.06.    It is further agreed and acknowledged that any Purchase and Sale Agreements or as such alleged and any other drafts, agreements, negotiations, or offers related to the properties the subject of this suit are terminated, withdrawn, voided and are otherwise unenforceable effective the date of this agreement.

---

Compromise Settlement Agreement/3392.000                                        Page 3

**2.**

**INS and BP** hereby, further, for their predecessors, successors, assigns, heirs, executors, administrators, and legal representatives, RELEASE and forever DISCHARGE **GPT,** their parent corporations, affiliates, predecessors, successors, assigns, heirs, executors, employees, agents, attorneys and legal representatives, (whether past or present) of and from any and all claims, demands, damages, liabilities, obligations, actions, causes of action, or suits in equity of whatsoever kind or nature, whether heretofore or hereafter accruing, or whether now known or not known to the parties, for or because of any matter or thing done, omitted, or suffered to be done, by either of such parties, prior to and including the date hereof, including, but not limited to, breach of contract, negligence, statutory or contractual comparative negligence, concurrent negligence, negligent misrepresentation, misrepresentation, gross negligence, sole negligence, usury, fraud, breach of contract, breach of fiduciary duty, breach of the duty of good faith and fair dealing, conversion, or violations of the Texas Deceptive Trade Practices Act or Texas or Federal Debt Collection Practices Act or any other state or federal statute and all matters alleged in the pleadings by the various parties.

**3.**

**GPT** hereby, further, for their predecessors, successors, assigns, heirs, executors, administrators, and legal representatives, RELEASE and forever DISCHARGE **INS and BP** and their employees, agents, attorneys and legal representatives, of and from any and

---

all claims, demands, damages, liabilities, obligations, actions, causes of action, or suits in

equity of whatsoever kind or nature, whether heretofore or hereafter accruing, or whether

now known or not known to the parties, for or because of any matter or thing done, omitted,

or suffered to be done, by either of such parties, prior to and including the date hereof,

including, but not limited to, breach of contract, negligence, statutory or contractual

comparative negligence, concurrent negligence, negligent misrepresentation,

misrepresentation, gross negligence, sole negligence, usury, fraud, breach of contract,

breach of fiduciary duty, breach of the duty of good faith and fair dealing, conversion, or

violations of the Texas Deceptive Trade Practices Act or Texas or Federal Debt Collection

Practices Act or any other state or federal statute and all matters alleged in the pleadings

by the various parties.

## 4.

It is understood that this COMPROMISE SETTLEMENT AGREEMENT shall be

binding upon and inure to the benefit of the parties and their respective heirs,

representatives, successors, and assigns.

## 5.

It is understood and agreed that this COMPROMISE SETTLEMENT

AGREEMENT contains the entire agreement between the parties and supersedes any and

all prior agreements, arrangements, or understandings between the parties related to the

subject matter. No oral understandings, statements, promises, or inducements contrary to

---

the terms of this COMPROMISE SETTLEMENT AGREEMENT exist. This COMPROMISE SETTLEMENT AGREEMENT cannot be changed or terminated orally.

### 6.

It is understood and agreed that this is a compromise and release of doubtful and disputed claims, and that nothing contained herein shall be construed as an admission of liability by or on behalf of any of the parties, all such liability expressly denied.

### 7.

It is understood and agreed that this COMPROMISE SETTLEMENT AGREEMENT shall be governed by, construed, and enforced in accordance with and subject to the laws of the State of Texas.

### 8.

Releasing Parties expressly warrant and represent to each and all of the Released Parties that: (1) Releasing Parties are legally competent to execute this Agreement and release; (2) Releasing Parties have not assigned, pledged or otherwise in any manner whatsoever sold or transferred, either by instrument in writing or otherwise, any right, title, interest or claim which they have or may have that is in any way connected with the events described above, except to counsel named in this instrument; and (3) that all agreements, representations, releases, covenants and warranties are binding upon the heirs, executors, administrators, successors and assigns of Releasing Parties.

## 9.

Releasing Parties expressly warrant and represent to Released Parties that before executing this instrument, Releasing Parties have fully informed themselves of its terms, contents, conditions and effect; and that no promise or representation of any kind including the effect of any tax consequences has been made to them by Released Parties or by anyone acting for Released Parties, except as expressly stated in this instrument. Releasing Parties have relied solely and completely upon their own judgment and the advice of their counsel in making this settlement.

## 10.

Charlie Cilfone, counsel for **INS** and **BP**, acknowledges  that the foregoing Agreement was fully and completely explained to Releasing Parties prior to execution thereof. Chris Boswell, counsel for **GPT,** acknowledges that the foregoing Agreement was fully and completely explained to Released Parties prior to execution thereof.

## 11.

It is understood and agreed that this COMPROMISE SETTLEMENT AGREEMENT may be executed in a number of identical counterparts, each of which shall be deemed an original for all purposes. Facsimile signatures will be accepted by the parties provided that the original signatures shall be furnished within seven (7) business days of the date of the agreement.

IN WITNESS WHEREOF, the parties have executed this COMPROMISE

SETTLEMENT AGREEMENT on the ___ day of _____, 2004.

**Government Properties Trust, Inc.**

By: _____

Its: _____

_____
Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

**Attorneys for Plaintiff**

**U.S. INS II, L.L.C., a Texas Limited Liability Company**

By: _____

Its: _____

**U.S.B.P., L.L.C., a Texas Limited Liability Company**

By: _____

Its: _____

**OF COUNSEL:**

**STAPLETON, CURTIS**
**   & BOSWELL, L.L.P.**

---

IN WITNESS WHEREOF, the parties have executed this COMPROMISE

SETTLEMENT AGREEMENT on the ___ day of _____, 2004.

**Government Properties Trust, Inc.**

By: _____

Its: _Director – Asset Management_

_Chris Boswell_

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:   (956) 428-9283

**Attorneys for Plaintiff**

**U.S. INS II, L.L.C., a Texas Limited Liability Company**

By: _____

Its: _CEO._

**U.S.B.P., L.L.C., a Texas Limited Liability Company**

By: _____

Its: _CEO._

**OF COUNSEL:**

**STAPLETON, CURTIS
    & BOSWELL, L.L.P.**

---

Compromise Settlement Agreement/3392.000                    Page 8

**SHELTON & VALADEZ, P.C.**

_____

Charlie J. Cipfone
Attorney in Charge
State Bar No. 04251200
Admissions Id. No. 11416
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Telephone:     (210) 349-0515
Telecopier:    (210) 349-3666

**Attorneys for Defendants**

STATE OF _____          §
                                  §
COUNTY OF _____           §


This instrument was acknowledged before me on the _____ day of
_____, 200____, by _____, its _____
of Government Properties Trust, Inc.


_____

Notary Public - State of _____


STATE OF _TEXAS_                  §
                                  §
COUNTY OF _CAMERON_               §


This instrument was acknowledged before me on the ___29th___ day of
_DECEMBER_, 200_4_, by _HUMBERTO ZAMORA_, its ___CEO___
of U.S. INS II, L.L.C.

_____

Notary Public - State of _TEXAS_

**SHELTON & VALADEZ, P.C.**

Charlie J. Cilfone
Attorney in Charge
State Bar No. 04251200
Admissions Id. No. 11416
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Telephone:    (210) 349-0515
Telecopier:    (210) 349-3666

**Attorneys for Defendants**

STATE OF _Nebraska_                  §
                                     §
COUNTY OF _Douglas_                  §


This instrument was acknowledged before me on the _____3/35_____ day of _December_ , 200 _4_ , by _D. Gary Macrum_ , its _Director g Asset Management._ of Government Properties Trust, Inc.

GENERAL NOTARY - State of Nebraska
WARREN R. WHITTED, JR.
My Comm. Exp. April 19, 2005

Notary Public - State of _Nebraska_


STATE OF _TEXAS_                     §
                                     §
COUNTY OF _CAMERON_                  §


This instrument was acknowledged before me on the _____29th_____ day of _December_ , 200 _4_ , by _HUMBERTO ZAMORA_ , its _CEO_ of U.S. INS II, L.L.C.

TERRY ALMAGUER
NOTARY PUBLIC
STATE OF TEXAS
FEBRUARY 02, 2005

Notary Public - State of _TEXAS_


Compromise Settlement Agreement/3392.000                              Page 9

STATE OF _TEXAS_  §
                            §
COUNTY OF _CAMERON_  §

    This instrument was acknowledged before me on the ____29____ day of
_DECEMBER_, 200_4_, by _HUMBERTO ZAMORA_, its _CEO_
of U.S.B.P., L.L.C.

Notary Public - State of _TEXAS_



TERRY ALMAGUER
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
FEBRUARY 02, 2005

STATE OF _TEXAS_                   §
                                  §
COUNTY OF _CAMERON_                §


    This instrument was acknowledged before me on the _____29_____ day of
_DECEMBER_ , 200 _4_ , by _HUMBERTO ZAMORA_ , its _CEO_
of U.S.B.P., L.L.C.



_____
Notary Public - State of _TEXAS_

DEC.30.2004  10:06AM    SHELTON CURTIS & ROSWELL LLP              NO.410  P.15

# STAPLETON, CURTIS & BOSWELL, L.L.P.
ATTORNEYS AT LAW
515 EAST HARRISON - SUITE A
HARLINGEN, TEXAS 78550

JERRY L. STAPLETON
THOMAS P. CURTIS
CHRISTOPHER H. BOSWELL*

P.O. BOX 2644
HARLINGEN, TEXAS 78551
TELEPHONE (956) 428-9191
FAX (956) 428-9283
E-MAIL tcurtis@southtexlaw.com
cboswell@southtexlaw.com

*Board Certified-Civil Trial Law
Texas Board of Legal Specialization

December 29, 2004

**Via Facsimile (956) 423-7999**

Mr. Randy Whittington
2014 E. Harrison
Harlingen, Tx 78550

Southern Texas Title
717 North Expressway
Brownsville, Texas 78520

**Re:    Case No. B-04-136;  Government Properties Trust, Inc. v. U.S.P.B., L.L.C. and U.S.
I.N.S. II - GF #2003 73863   and   GF#2003 77208**

Dear Randy:

This will serve as joint instructions from Government Properties Trust, Inc. and U.S.B.P.,
L.L.C., a Texas Limited Liability Company and U.S. INS II, L.L.C., a Texas Limited Liability
Company for Southern Texas Title to disburse the monies held in escrow in connection with the
above referenced GF numbers as follows:

   1.    *$15,000 made payable to INS/U.S.B.P., L.L.C., U.S. INS II, L.L.C. and ~~Charlie~~*  *Sheltund Unindot*
   *~~Cilfone;~~ and*                                                                                    *PC*

   2.    *$185,000.00 plus all accrued interest made payable to Government Properties
   Trust, Inc.*

The above referenced suit and dispute has been fully and finally compromised by the parties
and we are submitting the attached Agreed Motion and Agreed Order of Dismissal to the Court.
Thank you for your attention to this matter.

*EXHIBIT "A"*

**STAPLETON, CURTIS & BOSWELL, L.L.P.**
Letter to Randy Whittington & Southern Texas Title
Page - 2 -
December 29, 2004

Sincerely yours,

Chris Boswell,
Attorney for Government Properties Trust, Inc.

CB:hl

**AGREED:**

_____

Charlie Cilfone, Attorney for U.S.B.P. and
U.S. INS II

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

### AGREED MOTION TO DISMISS WITH PREJUDICE
### AND NOTICE OF SETTLEMENT

**GOVERNMENT PROPERTIES TRUST, INC.,** Plaintiff in the above entitled and numbered cause (hereinafter referred to as "**GPT**"), and **U.S.B.P., L.L.C., a Texas Limited Liability Company** (hereinafter sometimes referred to as "**BP**"), Defendant, and **U.S. INS II, L.L.C., a Texas Limited Liability Company,** (hereinafter sometimes referred to as "INS"), Defendant (and collectively referred to as **INS/BP**), parties to this lawsuit, and in support of their Motion To Dismiss with Prejudice, would show the Court as follows:

### I.

Plaintiff and Defendants have compromised and settled the claims set up by Plaintiff in the above styled and numbered lawsuit and wish that the lawsuit be dismissed. A copy of the Compromise Settlement Agreement and Mutual Release is attached hereto as *Exhibit "A".*

WHEREFORE, Plaintiff and Defendants pray that this Court enter its order dismissing this lawsuit with prejudice.

### EXHIBIT "B"

**OF COUNSEL:**

**STAPLETON, CURTIS
    & BOSWELL, L.L.P.**

Chris Boswell
Attorney in Charge
State Bar No. 02683300
Southern District of Texas
Admissions Id. No. 1256
515 E. Harrison, Suite "A" (78550)
Post Office Box 2644
Harlingen, Texas 78551
Telephone:    (956) 428-9191
Telecopier:    (956) 428-9283

**Attorneys for Plaintiff**

**AND**

**SHELTON & VALADEZ, P.C.**

Charlie J. Cilfone
Attorney in Charge
State Bar No. 04251200
Admissions Id. No. 11416
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
Telephone:    (210) 349-0515
Telecopier:    (210) 349-3666

**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this ___ day of _____, 200_____, there came to the Court's attention the Agreed Motion To Dismiss with Prejudice signed by attorneys of record for Plaintiff and Defendants. The Court is of the opinion that such motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above styled and numbered lawsuit brought by Plaintiff, GOVERNMENT PROPERTIES TRUST, INC., against Defendants U.S.B.P., L.L.C., a Texas Limited Liability Company and U.S. INS II, L.L.C., a Texas Limited Liability Company, and Defendants' Counterclaims be and are hereby dismissed with prejudice to the right of Plaintiff or Defendants to refile and all costs of Court to be taxed against party incurring same.

SIGNED FOR ENTRY on this _____ day of _____, 200____.


_____
JUDGE PRESIDING

***EXHIBIT "C"***

**APPROVED AS TO FORM:**


_____
Chris Boswell, Attorney for Plaintiff
Government Properties Trust, Inc.



_____
Charlie Cilfone, Attorney for Defendants
U.S.B.P., L.L.C. and U.S. INS, II, L.L.C.