United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GOVERNMENT PROPERTIES TRUST, INC. | § § § § | |
| vs. | § § | CASE NO. B-04-136 |
| U.S.B.P., L.L.C., a TEXAS LIMITED LIABILITY COMPANY and U.S. INS II, L.L.C., a TEXAS LIMITED LIABILITY COMPANY | § § § § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this 5th day of J_____, 2005, there came to the Court's attention the Agreed Motion To Dismiss with Prejudice signed by attorneys of record for Plaintiff and Defendants. The Court is of the opinion that such motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above styled and numbered lawsuit brought by Plaintiff, GOVERNMENT PROPERTIES TRUST, INC., against Defendants U.S.B.P., L.L.C., a Texas Limited Liability Company and U.S. INS II, L.L.C., a Texas Limited Liability Company, and Defendants' Counterclaims be and are hereby dismissed with prejudice to the right of Plaintiff or Defendants to refile and all costs of Court to be taxed against party incurring same.

SIGNED FOR ENTRY on this 5th day of J_____, 2005.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
Chris Boswell, Attorney for Plaintiff
Government Properties Trust, Inc.

_____
Charlie Cilfone, Attorney for Defendants
U.S.B.P., L.L.C. and U.S. INS, II, L.L.C.